**DISMISS and Opinion Filed November 22, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00748-CV

**HKS/WS, A JOINT VENTURE, Appellant**

**V.**

**HALFF ASSOCIATES, INC., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17458**

# MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Myers

Before the Court is the parties' joint motion to dismiss this appeal as they have settled

their differences. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Lana Myers/
LANA MYERS
JUSTICE

190748F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HKS/WS, A JOINT VENTURE, Appellant

No. 05-19-00748-CV      V.

HALFF ASSOCIATES, INC., Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-17458.
Opinion delivered by Justice Myers. Justices Schenck and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 22nd day of November, 2019.